

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-20-00208-CR
_____

EX PARTE ISAIAS CABELLO, APPELLANT

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2016-409,543, Honorable Jim Bob Darnell, Presiding

November 3, 2020

OPINION ON MOTION TO DISMISS

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Isaias Cabello appeals from the trial court's denial of his "First Amended Motion for Bond Reduction." After appellant filed his brief, the State filed a motion to dismiss the appeal for lack of jurisdiction. Appellant was given ten days to respond to the motion and failed to do so. We dismiss the appeal.

According to the State's motion, the Court of Criminal Appeals in *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014), determined that courts of appeals lacked jurisdiction to entertain interlocutory appeals from pretrial motions for bond reduction. In reaching its decision, the *Ragston* court found that "[t]here is no constitutional or statutory

authority granting the courts of appeals jurisdiction to hear interlocutory appeals regarding excessive bail or the denial of bail." *Id.* at 52.

Accordingly, we grant the State's motion and dismiss the appeal.

Per Curiam

Do not publish.